UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICARDO RAMOS-TADEO,<br><br>    Defendant. | No.  CR-11-6022-RHW<br><br>**ORDER DISMISSING INDICTMENT** |

The Court is in receipt of the Ninth Circuit's mandate in this case. On March 26, 2012, the Circuit issued a memorandum opinion remanding the matter back to this Court with instructions to dismiss the Indictment. (ECF No. 39). Therefore, the Indictment is hereby **DISMISSED**, **with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel, the U.S. Marshal Service, and the U.S. Bureau of Prisons.

**DATED** this 19th day of April, 2012.


                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                    United States District Judge

**ORDER DISMISSING INDICTMENT** * 1

dismiss.ord.wpd